DENTONS

**Karla Del Pozo García**
Senior Managing Associate

karla.delpozogarcia@dentons.com
D +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

September 28, 2026

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Jackson v. Interactive Brokers LLC;* Case No. 1:26-cv-03731-RA

Dear Judge Abrams:

We represent Defendant Interactive Brokers LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from September 28, 2026 to November 12, 2026.

The parties have agreed on the principal terms to resolve this matter and the requested stay will permit the parties to finalize said agreement. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc: All counsel of record (by ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 29, 2026